

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00340-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On June 9, 2022, the Texas Department of Family and Protective Services filed a petition for writ of mandamus. We **CONDITIONALLY GRANT** the petition for writ of mandamus as to each of the following:

- Paragraph 2.1 in the "Order Following Emergency Child Without Placement Hearing" signed June 7, 2022, providing "IT IS ORDERED that the child be placed on electronic monitoring through an ankle monitor from 11:00 o'clock a.m. on June 7, 2022, until August 15, 2022, for GPS tracking through Recovery Monitoring Services."

- Paragraph 2.2 in the "Order Following Emergency Child Without Placement Hearing" signed June 7, 2022, providing "IT IS ORDERED that the cost for the ankle monitor of $300/month is assessed against the Texas Department of Family and Protective Services."

We **ORDER** the Honorable Mary Lou Alvarez to, no later than fifteen days from the date of this order, **VACATE** each of those portions of her June 7, 2022 order. The writ will issue only in the event we are informed the Honorable Mary Lou Alvarez fails to comply with this order.

This court's June 10, 2022, partial stay of the underlying proceedings is **LIFTED**.

It is so **ORDERED** on September 14, 2022.

_____
Beth Watkins, Justice

---

[1] This proceeding arises out of Cause No. 2014-PA-02190, styled *In the Interest of S.N.V., a Child*, pending in the 166th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez presiding over the orders at issue.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.

_____
Michael A. Cruz, Clerk of Court